**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TITAN CNG, LLC, *et al.*,[1] | Case No. 25-11525 (MFW) |
| Debtors. | (Joint Administration Requested) |

**DECLARATION OF RYAN JONES,**
**CHIEF FINANCIAL OFFICER, IN SUPPORT OF THE**
**DEBTORS' CHAPTER 11 PETITIONS AND FIRST DAY MOTIONS**

I, Ryan Jones, declare the following under penalty of perjury:

1.      I am the Chief Financial Officer of EVO Transportation & Energy Services, Inc. ("EVO Transportation"), the parent company of Titan CNG, LLC ("Titan CNG") and its affiliated debtors and debtors-in-possession: Titan Transportation Equipment Leasing, LLC f/k/a EVO Equipment Leasing, LLC ("Titan Leasing") and J.B. Lease Corporation ("J.B. Leasing" and together with Titan CNG and Tian Leasing, the "Debtors"), and submit this declaration (the "Jones Declaration") in support of the chapter 11 petitions and first-day motions filed by the Debtors.

2.      Except as otherwise indicated, all facts in this declaration are based upon my personal knowledge, information, and belief.

3.      Prior to and in anticipation of the filing of the Debtors' voluntary chapter 11 petitions with this Court, EVO Transportation, together with certain wholly owned non-debtor subsidiaries (collectively, the "Operating Non-Debtor Affiliates", and together with EVO Transportation, the "EVO Group") and the Debtors negotiated the terms of that certain Shared

---

[1]  The Debtors and the last four digits of each Debtors' respective federal Employer Identification Number are:  Titan CNG, LLC (6720); Titan Transportation Equipment Leasing, LLC (5850); and J.B. Lease Corporation (2869). The Debtors' service address is 20860 N Tatum Blvd. Suite 344, Phoenix, AZ 85050. Attn: Chief Restructuring Officer.

Services and Funding Agreement, pursuant to which, EVO Transportation agreed to, *inter alia*:

(i)    use or cause the EVO Group to use, their respective commercially reasonable efforts to maintain, repair, service, store and support the trucks, trailers, vehicles and related transportation equipment owned or leased by the Debtors (the "<u>Equipment</u>");

(ii)    pay in the ordinary course all reasonable out-of-pocket expenses incurred by the Debtors to retain the Equipment, such as titling, insurance, registration and similar expenses;

(iii)    pay or cause its operating subsidiaries to pay any reasonable third-party charges and payments necessary to retain and provide the Equipment to EVO Group and their affiliates, such as adequate protection payments or lease or rental payments on Equipment that the Debtors intend to assume and assign or otherwise transfer, subject to Court approval;

(iv)    pay all operating expenses for the Equipment, such as fuel, driver costs, tolls and similar charges;

(v)    provide or cause the EVO Group to provide reasonable employee support services and reasonable management, finance, fleet, logistics, tracking, audit and appraisal support services consistent with past practice for the orderly business function of the Debtors; and

(vi)    fund a current carve-out fund of $50,000 for professional fees and US Trustee fees, plus an additional $50,000 for professional, US Trustee and chapter 7 trustee fees in the event of a conversion or termination of the Shared Services and Funding Agreement.

4.    Based on my review of the EVO Group's financial records, including its monthly revenue stream, the EVO Group has sufficient liquidity to make the funding obligations as outlined under the Shared Services and Funding Agreement and set forth in the budget attached thereto.

5.    Further, EVO Transportation understands that Antara Capital Master Fund LP, its senior secured lender with a lien on all assets, consents to Shared Services and Funding Agreement.

230887458 v3

6.      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  August 20, 2025

*/s/ Ryan Jones*
Ryan Jones
Chief Financial Officer
EVO Transportation & Energy Services, Inc.

230887458 v3