# EXHIBIT A

**In re TITAN CNG, LLC, et. al.**
**Case No. 25-11525 (MFW)**
**De Minimis Disposition Report for Month Ending January 31, 2026**

| Month | Lien Holder | Unit | Description | Year | Vin | Type | Mode of Sale | Date of Sale | Buyer | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan | SWHB | 63346 | 2017 Vanguard 53' Trailer | 2017 | 5V8VC5320HM704207 | Trailer | Scrap | 1/12/2026 | Sims Metals | $ 250.00 |
| Jan | SWHB | 63350 | 2017 Vanguard 53' Trailer | 2017 | 5V8VC5322HM704211 | Trailer | Scrap | 1/12/2026 | Sims Metals | $ 250.00 |
| Jan | SWHB | 74041 | 2007 Stoughton Trailer | 2007 | 1DW1A40227S934101 | Trailer | Scrap | 1/12/2026 | Sims Metals | $ 250.00 |
| Jan | SWHB | 74044 | 2007 Stoughton Trailer | 2007 | 1DW1A40287S934104 | Trailer | Scrap | 1/14/2026 | Sims Metals | $ 990.00 |
| Jan | Estate | 110L3-00 | Great Dane 45'Trailer Roll Door | 2020 | 1GR1A9022LB213036 | Dry Van | Scrap | 1/8/2026 | Sims Metals | $ 1,190.00 |

| | | | | | | | | | **Total Proceeds** | $ 2,930.00 |